JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN PEDRO GAFFEY INVESTMENTS, LLC, a California limited liability company; JOSHUA LIANG; HUA RUI LIANG; and DOES 1-10,<br><br>    Defendants. | Case No.: CV 22-1056-GW-MRWx<br><br>*Hon. George H. Wu*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 16, 2022<br>Trial Date:       April 18, 2023 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it and being fully advised, finds as follows:

**IT IS ORDERED THAT:**

Plaintiff, George Jones's, action against Defendants, San Pedro Gaffey Investments, LLC and Joshua Liang (erroneously sued as Hua Rui Liang), is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 8, 2023

*Hon. George H. Wu*
United States District Judge